ACCEPTED
03-14-00516-CR
4366947
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 12:00:32 PM
JEFFREY D. KYLE
CLERK

## THIRD COURT OF APPEALS CAUSE NUMBER 03-14-00516-CR
## TRIAL COURT CAUSE NO. D-14-0081-SA

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 12:00:32 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE |
| | § | |
| **vs.** | § | 391st JUDICIAL DISTRICT |
| | § | |
| **MARK ANTHONY SERRANO** | § | TOM GREEN COUNTY, TEXAS |

### MOTION FOR EXTENSION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Mark Anthony Serrano, Appellant, and files this Motion for Extension for submission of the appellant's brief for the following reasons:

1.    Appellant has written several letters to my office in the last month requesting that specific issues be addressed in his appeal.  I am currently corresponding with Appellant. I request this extension because I have been unable to finalize Appellant's brief.

2.    Appellant's appeal brief was originally due on November 30th, 2014 and this is the fourth request for extension by Appellant.

3.    Appellant's counsel requests an extension of time to prepare the appellant's brief for this appeal until March 31st, 2015.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that the Court enter its order extending the deadline for submission of appellant's brief in this appeal.

Respectfully submitted,

RANDOL L. STOUT

By:_____

Randol L. Stout
State Bar No. 24083914
Attorney for Mark A. Serrano

### Certificate of Service

I certify that the foregoing has been delivered to the Tom Green County, Texas District Attorney's office by personal delivery on March 4th, 2015.

_____
RANDOL L. STOUT
Attorney for Defendant